BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ANGUIANO-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 09-1164 MHP |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING SENTENCING |
| | ) | HEARING |
| JESUS ANGUIANO-MARTINEZ, | ) | |
| | ) | Honorable Marilyn Hall Patel |
| Defendant. | ) | |

Sentencing for Jesus Anguiano-Martinez, the defendant in the above-captioned case, is currently set for April 26, 2010. However, due to unavoidable scheduling conflicts with undersigned counsel for Mr. Anguiano-Martinez, the U.S. Probation Officer assigned to the case has not yet been able to conduct a presentence interview. The interview has been scheduled for the soonest available date, March 11, 2010. Accordingly, the parties stipulate and jointly request that the sentencing date be continued to May 24, 2010, at 9:00 a.m., to accommodate this delay.

IT IS SO STIPULATED.

                    JOSEPH P. RUSSONIELLO
                    United States Attorney

DATED:   February 24, 2010    ____/s/_____
                    PATRICIA SPALETTA
                    Special Assistant United States Attorney

DATED:   February 23, 2010    ____/s/_____
                    DANIEL P. BLANK
                    Assistant Federal Public Defender
                    Attorney for Jesus Anguiano-Martinez

IT IS SO ORDERED.

DATED: 2/25/2010

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(Seal: United States District Court, Northern District of California)

STIP. & PROP. ORDER          1