1  BARRY J. PORTMAN
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant ANGUIANO-MARTINEZ

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,        )
                                    )   No. CR 09-1164 MHP
                  Plaintiff,        )
12                                  )   STIPULATION AND [PROPOSED]
           v.                       )   ORDER CONTINUING SENTENCING
13                                  )   HEARING
   JESUS ANGUIANO-MARTINEZ,         )
14                                  )   Honorable Marilyn Hall Patel
                  Defendant.        )
15 _____)

Sentencing for Jesus Anguiano-Martinez, the defendant in the above-captioned case, is currently set for May 24, 2010, at 9:00 a.m. However, a jury trial in a separate case, in which the defendant is represented by undersigned counsel for Mr. Anguiano-Martinez, has been set for that same morning. Accordingly, the parties stipulate and jointly request that the sentencing hearing for Mr. Anguiano-Martinez be continued to June 7, 2010, at 9:00 a.m. U.S. Probation Officer Waseem Iqbal does not object to this request.

IT IS SO STIPULATED.

                              JOSEPH P. RUSSONIELLO
                              United States Attorney

DATED: April 13, 2010            ____/s/_____
                                         PATRICIA SPALETTA
                                         Special Assistant United States Attorney

DATED: April 13, 2010            ____/s/_____
                                         DANIEL P. BLANK
                                         Assistant Federal Public Defender
                                         Attorney for Jesus Anguiano-Martinez

IT IS SO ORDERED.

DATED: 4/14/2010

*IT IS SO ORDERED*
*[signed] Judge Marilyn H. Patel*
*United States District Court, Northern District of California (seal)*

STIP. & PROP. ORDER                     1